DAN BULLARD, Appellant, v. THE VILLAGE OF ALBION, Respondent.

*Ejectment — real property — will — villages — validity of devise of land for park purposes — validity of resolution of village trustees accepting same.*

*Bullard* v. *Village of Albion,* 222 App. Div. 718, affirmed.

(Submitted June 7, 1928; decided June 21, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1927, unanimously affirming a judgment in favor of defendant entered upon the report of a referee. The action was in ejectment and involved the validity of a devise of land to defendant to be used in perpetuity for park purposes and of a resolution of the village trustees accepting the same.

*Charles G. Signor* for appellant.

*Warner Thompson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MOE LEVY et al., Copartners under the Firm Name of CHAMPION COAT, APRON AND TOWEL SUPPLY COMPANY, Appellants, v. PETER J. COSMOS, Respondent, Impleaded with Another.

*Injunction — contract — unfair competition — action to restrain former employee and associate from soliciting trade from customers of plaintiff's assignor.*

*Levy* v. *Cosmos,* 221 App. Div. 533, affirmed.

(Argued June 7, 1928; decided June 21, 1928.)

APPEAL from a judgment, entered November 21, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing